620

446 A.2d 696

Johnson, Appellant v. Moore-McCormack Lines, Inc.

Mitchell, Appellant v. Moore-McCormack Lines, Inc.

Argued November 6, 1981. Stanley B. Gruber, for appellants; Edward V. Cattell, Jr., for appellee.

Before SPAETH, BECK and LIPEZ, JJ.

The judgment is affirmed.

446 A.2d 696

Munns-Stromple Assoc., Appellant v. Prudential Insurance Co.

Submitted November 13, 1980. Elmer S. Beatty, Jr., for appellant; H. Woodruff Turner, for appellees.

Before PRICE, CAVANAUGH and HOFFMAN, JJ.

The order entered April 2, 1980 is affirmed on the comprehensive opinion of the Honorable Joseph A. Del Sole.